UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ozana Laurinda De Oliveira
    Petitioner

V.

CIVIL ACTION

NO. 1:25-cv-13332-ADB

Patricia Hyde et al
    Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Electronic Order dated December 10, 2025, Petitioner's Habeas petition is hereby DISMISSED without prejudice.

By the Court,

December 10, 2025            /s/Caetlin McManus
Date                            Deputy Clerk